UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE NATIONAL INSURANCE
COMPANY,

                Plaintiff,

                v.

HAMILTON INSURANCE DESIGNATED
ACTIVITY COMPANY a/k/a HAMILTON
INSURANCE DAC,

                Defendant.

25-CV-439 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 8, 2025, the Court granted the parties' initial case management plan and scheduling order. *See* Dkt. No. 19.

Given the time that has elapsed since the Court's May 8, 2025 Order, the parties shall file a joint letter no later than September 12, 2025 updating the Court on the status of the proceedings and informing the Court whether this case should be referred to a Magistrate Judge for settlement discussions.

SO ORDERED.

Dated:    September 2, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge